MORNING TELEGRAPH COMPANY, Respondent, *v.* THE CITY OF NEW YORK, Appellant.

*Morning Telegraph Co.* v. *City of New York*, 132 App. Div. 634, affirmed.
(Argued December 7, 1909; decided January 4, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 8, 1909, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court in an action to recover the price of advertising certain election notices.

*Francis K. Pendleton, Corporation Counsel (Terence Farley* and *Theodore Connoly* of counsel), for appellant.

*Thomas W. Churchill* and *Ernest W. Marlow* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.